UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Platinum Partners Value Arbitrage Intermediate Fund Ltd.

26-CV-8828 (DEH)

ORDER

DALE E. HO, United States District Judge:

Currently before the Court are Appellant's Emergency Motion Under Bankruptcy Rule 8007, ECF No. 7; and Appellee's Letter in response, ECF No. 8. Appellant seeks various forms of emergency relief pending this appeal from orders of the Bankruptcy Court. Appellee reiterates its request that this case be designated as related to a separate case between the same parties. *See* Letter, ECF No. 8; Related Case Statement, ECF No. 4. The Court has reviewed the Related Case Statement and the Rules for the Division of Business Among District Judges, Southern District of New York, including Rule 13. The Court has determined that reassignment is not appropriate at this time.

By no later than **October 28, 2026** Appellee shall file a response to Appellant's Emergency Motion. Appellant may file a reply no later than **November 4, 2026**.

SO ORDERED.

Dated: October 21, 2026
New York, New York

DALE E. HO
United States District Judge