Application **DENIED**. The Court is in receipt of Appellant's Supplemental Declaration, ECF No. 10; Notice of Further Transfer, ECF No. 11; and Letter, ECF No. 12. Appellant's request for interim relief pending consideration of Appellant's Emergency Motion, ECF No. 7, is denied. The Court will consider the Emergency Motion consistent with the briefing schedule ordered at ECF No. 9.

SO ORDERED.

Dated: October 23, 2026
New York, New York

Dale E. Ho
United States District Judge

Michael M. Goldberg, M.D.
207 Booth Avenue, Englewood, New Jersey 07631
(914) 572-8953 | mgoldberg@montaurcap.com

October 22, 2026

Hon. Dale E. Ho
United States District Court, Southern District of New York
40 Foley Square, New York, New York 10007

**Re: *Goldberg v. Platinum Partners Value Arbitrage Fund L.P.*, No. 1:26-cv-08828 (DEH)**
**Notice of further transfer since Appellant's reply of October 21, 2026**

Dear Judge Ho:

I am the appellant, pro se. I write to update the Court on a fact that changed after I filed my reply yesterday morning.

My reply stated that the $118,418.24 E*TRADE wire was being held for a security review. That afternoon, at 3:50 p.m. on October 21, E*TRADE notified me by email that the wire "is complete and has been paid in full": $118,418.24 debited from my account; $118,393.24 to the recipient after a $25.00 fee; recipient EFG Bank, Cayman Branch, Camana Bay, Grand Cayman; through The Bank of New York Mellon; confirmation code 229104924554971. Ex. I.

The notification describes the wire as one "you requested on 10/16/2026" and lists me as sender. I did not request it. An E*TRADE representative told me on October 21 that the wire was instructed by Appellee's counsel on the basis of the judgment and turnover order.

With the $44,434.92 Schwab wire of October 16, Appellee has now moved $162,853.16 in cash out of the United States to its account at EFG Bank in the Cayman Islands while my motion has been pending. Appellee has stated that judgment proceeds are to be distributed in its Cayman wind-down. Adv. Dkt. 211 at 3. My securities at Schwab remain in my account only because their delivery to Computershare failed for lack of instructions.

I thank the Court for its order of October 21 (Dkt. 9) keeping this appeal before it and setting Appellee's response for October 28 and my reply for November 4. I ask only that the status quo be preserved for those two weeks. I respectfully renew the requests in my reply, in particular that the Court enter an interim order, pending decision of the motion, that Appellee hold the funds received at EFG Bank, Cayman Branch, on and after October 16 segregated and make no distribution, payment or allocation of them to any person, and that no further assets be liquidated or transferred; and that Appellee state under oath where the funds are held and whether any part has been paid or allocated to a litigation funder, the Joint Official Liquidators or counsel.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the facts stated in this letter are true and correct. Executed on October 22, 2026, at Englewood, New Jersey.

Respectfully submitted,

/s/ Michael M. Goldberg
Michael M. Goldberg, M.D., Appellant pro se

cc: Robert J. Burns, Esq., and Elliot A. Magruder, Esq., Holland & Knight LLP (by email)